IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-0159-SWH-01 |
| | ) | |
| ADAM S. BATTIEST, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

On September 8, 2005, defendant Adam Battiest appeared for a detention hearing before the undersigned. The parties stipulated to the factual contents of the Pretrial Services Report, and the defendant stipulated to detention. Based on the foregoing, the Court directs that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and the defendant be afforded reasonable opportunity for private consultation with counsel; and that, upon an order of a court of the United States, or upon request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

IT IS SO ORDERED.

/s/ *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE